UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SUZANNE COWAN<br>　　　Plaintiff,<br><br>vs.<br><br>SENTRY INSURANCE A MUTUAL COMPANY<br>　　　Defendant. | §<br>§<br>§<br>§　　CIVIL ACTION NO. 4:17-cv-437<br>§<br>§<br>§<br>§ |

## SUPPLEMENTAL CIVIL COVER SHEET FOR A REMOVED CASE

1. STYLE OF CASE:

| PARTY AND PARTY TYPE | ATTORNEY(S) |
|---|---|
| Suzanne Cowan,<br>　　Plaintiff | Mr. Preston J. Dugas III<br>State Bar No. 24050189<br>309 W. 7th Street, Suite 1100<br>Fort Worth, Texas 76102<br>(817) 945-3061<br>(682) 219-0761 (FAX)<br>E-Mail: preston@pjdlawfirm.com |
| Sentry Insurance A Mutual Company,<br>　　Defendant | Mr. Russell J. Bowman<br>State Bar No. 02751550<br>800 West Airport Freeway, Suite 860<br>Irving, Texas 75062<br>(214) 922-0150<br>(214) 922-0225 (FAX)<br>E-Mail: russelljbowman@sbcglobal.net |

2. JURY DEMAND

   Was Jury Demand made?

   Yes.

3. UNSERVED PARTIES

   The following parties have not been served at the time this case was removed: None.

4.    NONSUITED, DISMISSED OR TERMINATED PARTIES:

| PARTY | REASON |
|---|---|
| None | N/A |

5.    CLAIMS OF THE PARTIES:

The filing party submits the following summary of the remaining claims of each party in this litigation:

| PARTY | CLAIM(S) |
|---|---|
| Plaintiff, Suzanne Cowan | Plaintiff seeks recovery on an insurance policy for alleged damage to Plaintiff's property from a hail storm. Plaintiff seeks contract damages, extra-contractual damages and attorney's fees from Defendant. |
| Defendant, Sentry Insurance A Mutual Company | Defendant contends that it has no liability for Plaintiff's claims involved in this lawsuit, as Plaintiff was fully indemnified under the policy, that no further indemnification is owed at this time under the insurance contract, that Plaintiff's lawsuit is premature until Plaintiff has submitted to an examination under oath and appraisal under the insurance contract has been conducted, and that Defendant has no extra-contractual liability to Plaintiff. |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was served upon the following, as indicated below, on this the 29th day of May, 2017:

Mr. Preston J. Dugas III                      VIA E-MAIL: preston@pjdlawfirm.com
Preston Dugas Law Firm, PLLC
309 W. 7th Street, Suite 1100
Fort Worth, Texas 76102

/S/Russell J. Bowman
Russell J. Bowman