UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SUZANNE COWAN | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:17-cv-437-O |
| | § | |
| SENTRY INSURANCE A MUTUAL | § | |
| COMPANY | § | |
|     Defendant. | § | |

## DEFENDANT'S MOTION TO ABATE LAWSUIT

Defendant, Sentry Insurance, A Mutual Company ("Sentry"), files this Motion to Abate Lawsuit in which it will show that Plaintiff Suzanne Cowan ("Plaintiff") has failed to comply with a condition precedent to filing suit contained in the insurance policy issued by Sentry to her. In support of this motion, Sentry would show the following:

## SUMMARY

Plaintiff is insured under Sentry policy number 25-31019-02. Plaintiff's insurance policy requires Cowan, as a condition precedent to filing suit, to (a) submit to an examination under oath and (b) permit Sentry to inspect her books and records. On March 27, 2017, Sentry requested Cowan to provide an examination under oath and to provide five categories of documents for inspection. Instead of complying with these requests, Cowan filed suit against Sentry. Texas law requires that Cowan's lawsuit must be abated until Cowan complies with thse requirements of the insurance contract.

Cowan's lawsuit should also be abated until after an appraisal proceeding is concluded. Appraisal is the contractually-required procedure set forth in the Sentry policy to resolve disputes over the "amount of loss" to an insured's property. Cowan has demanded an appraisal in this

matter, and both Sentry and Cowan have named their respective appraisers. Numerous cases applying Texas law have abated a lawsuit pending completion of the appraisal process.

## FACTUAL AND LEGAL GROUNDS FOR MOTION

As contemplated by Local Rule 7.1(d) of the Northern District of Texas, the factual and legal grounds for this motion are set forth in the brief filed by Sentry in support of this motion.

For all of the above reasons, as well as those contained in the brief filed in support of this Motion, Defendant, Sentry Insurance A Mutual Company, prays that its Motion to Abate be granted in its entirety, and that this lawsuit be abated until Plaintiff Suzanne Cowan has: (1) completed the examination under oath requirement of her insurance contract; (2) provided the documents and items requested by Sentry; and (3) the appraisal proceeding in this matter has been concluded, for such other and further relief to which Sentry may be entitled, at law or in equity.

Respectfully submitted,

/S/Russell J. Bowman
Russell J. Bowman
Texas State Bar No. 02751550
800 West Airport Freeway, Suite 860
Irving, Texas 75062
(214) 922-0220
(214) 922-0225 (FAX)
E-Mail: russelljbowman@sbcglobal.net
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Preston Dugas III, counsel for Plaintiff, Suzanne Cowan, on June 1, 2017 and that this motion is opposed, so that a ruling by the court on the motion is necessary.

/S/Russell J. Bowman
Russell J. Bowman

## CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing instrument was served upon the following, as indicated below, on this the 1st day of June, 2017:

| | |
|---|---|
| Mr. Preston J. Dugas III<br>Preston Dugas Law Firm, PLLC<br>309 W. 7th Street, Suite 1100<br>Fort Worth, Texas 76102 | VIA E-MAIL: preston@pjdlawfirm.com |

                /S/Russell J. Bowman
                Russell J. Bowman