**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **SUZANNE COWAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-00437-O-BP |
| | § | |
| **SENTRY INSURANCE A MUTUAL COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is the parties' "Joint Motion to Lift Abatement of Lawsuit for Sole Purpose of Appointing Umpire" (ECF No. 21), filed November 29, 2017. After reviewing the pleadings and applicable law, the Court **GRANTS** the parties' Joint Motion.

The Court hereby appoints Walter A. Herring, Esq. as the umpire in this case. Mr. Herring's address and contact information are as follows:

> Munck Wilson Mandala
> 600 Banner Tower
> 12770 Coit Road
> Dallas, Texas 75251
> Telephone No. – 972-628-4515
> E-mail – wherring@munckwilson.com

It is **ORDERED** that, consistent with the terms of the insurance policy in question, the compensation due to the umpire, as well as any expenses incurred in connection with the umpire's work under this Order, shall be paid equally by Plaintiff and Defendant. ECF No. 5-1 at 39.

It is further **ORDERED** that this case is abated until the appraisal process has been completed. Within sixty days of the date of this Order, the parties shall file a Joint Status Report notifying the Court as to the status of the appraisal process.

It is so **ORDERED** on January 8, 2018.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE