**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **SUZANNE COWAN,** | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:17-cv-00437-O |
| **SENTRY INSURANCE A MUTUAL COMPANY,** | | |
| Defendants. | | |

**ORDER**

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 26), filed February 7, 2018. The Court, having considered the motion filed pursuant to Federal Rule of Civil Procedure 41(a)(2), is of the opinion that the Motion is well taken, and should be and is hereby **GRANTED.**

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the above-entitled and number action, and all claims that were or could have been raised herein, are **DISMISSED with prejudice** to the refiling of the same. The Parties will each bear their own attorneys' fees and costs.

**SO OREDERED** this **7th day** of **February, 2018.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**